# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 03-143

**LOUISIANA PATIENTS' COMPENSATION FUND OVERSIGHT BOARD**

**VERSUS**

**SUSAN DEANO, JOHN L. DEANO & MARK GUILBEAU**

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2002-2784
HONORABLE EDWARD D. RUBIN, DISTRICT JUDGE

**********

**SYLVIA R. COOKS**
**JUDGE**

**********

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Marc T. Amy, Judges.

Amy, J, dissents for the reasons assigned in the companion case of *Deano v. Akkaraju*, 03-142 (La.App. 3 Cir. _/_/03); ___ So.2d ___.

**AFFIRMED.**

**Michael Keith Prudhomme**
**Thomas Patrick LeBlanc**
**Lundy & Davis**
**Post Office Box 3010**
**Lake Charles, LA   70602**
**(337) 439-0707**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Louisiana Patients' CompensationFund**
    **Vidyadhar Akkaraju, M.D.**

**Edwin Byrne Edwards**
**Edwards Law Firm**
**Post Office Box 2970**
**Lafayette, LA   70502**
**(337) 237-6881**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
     **Susan Deano, John L. Deano, and Mark Guilbeau**


**W. Fox McKeithen**
**Secretary of State**
**3851 Essen Lane**
**Baton Rouge, LA   70809**
**(225) 922-1000**
**COUNSEL FOR DEFENDANT/APPELLEE:**
     **Louisiana Medical Mutual Ins. Co.**

**COOKS, Judge.**

For the reasons assigned in the companion case of *Deano v. Akkaraju*, 03-142 (La.App. 3 Cir. __/__/03), ___ So.2d ___, we affirm the judgment of the trial court sustaining the exception of no cause of action and dismissing the petition for declaratory judgment. All costs of this proceeding are assessed against appellant, the Louisiana Patients' Compensation Fund Oversight Board.

**AFFIRMED.**